# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| Aaniyah Clay, | Case No. 2:25-cv-01191-RFB-DJA |
| Plaintiff, | |
| v. | **Order** |
| Afni, Inc., | |
| Defendant. | |

Before the Court is Plaintiff's motion to reissue summons (ECF No. 13) and motion to extend time to provide her USM-285 forms to the United States Marshal's Service ("USMS") (ECF No. 14).  Plaintiff has shown good cause for the Court to grant both motions, explaining that her email was entered incorrectly on the docket, causing her to miss vital notifications.  *See* Fed. R. Civ. P. 6(b).  The Court will therefore re-send the summons to the USMS, extend the deadline by which Plaintiff must send her USM-285 forms to the USMS, and will extend the deadline for service by ninety days.  *See* Fed. R. Civ. P. 4(m).  The Court will further order the Clerk's Office to update Plaintiff's email address on the docket.

**IT IS THEREFORE ORDERED** that Plaintiff's motions (ECF Nos. 13, 14) are **granted.**

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to **send** the following to the USMS: (1) a copy of this order; (2) a copy of the complaint filed at ECF No. 7; and (3) a copy of the summons filed at ECF No. 8.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to **send** the following to Plaintiff : (1) a copy of this order; and (2) a copy of the Form USM-285.

**IT IS FURTHER ORDERED** that Plaintiff must complete the Form USM-285 for Afni, Inc. and must send the completed form to the USMS on or before **May 7, 2026**.

**IT IS FURTHER ORDERED** that, upon receipt of the summons, complaint, this order, and Plaintiff's Form USM-285, the USMS shall attempt service on Defendant.

**IT IS FURTHER ORDERED** that, within twenty-one days after receiving a copy of the Form USM-285 back from the USMS showing whether service has been accomplished, Plaintiff must file a notice with the Court identifying whether Defendant was served. If Plaintiff wishes to have service again attempted on Defendant, Plaintiff must file a motion with the Court identifying Defendant and specifying a more detailed name and/or address for Defendant or whether some other manner of service should be attempted.

**IT IS FURTHER ORDERED** that Plaintiff shall have until **August 5, 2026**, to accomplish service. Fed. R. Civ. P. 4(m).

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to update the docket so that it reflects Plaintiff's correct email address of Aaniyahclayblue@gmail.com.

DATED: April 8, 2026

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE