**HALL & EVANS, LLC**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
MADISYN SCHAUS, ESQ
Nevada Bar No. 17294
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
bondsk@hallevans.com
schausm@hallevans.com
*Attorneys for Defendant Afni, Inc*

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

ANIYAH CLAY,

*Plaintiff,*

v.

AFNI, INC.,

*Defendant.*

CASE NO.: 2:25-cv-01191-RFB-DJA

**STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT AFNI, INC.**

Defendants AFNI, Inc. by and through their attorneys of record, of Hall & Evans, LLC, and Plaintiff ANIYAH CLAY, *pro se*, hereby stipulate as follows:

IT IS HEREBY STIPLUATED that all of Plaintiff's claims against Defendant as set forth in the Complaint filed in the United States District Court District of Nevada Case 2:25-cv-01191-RFB-DJA, are hereby dismissed with prejudice, with all parties to bear their own fees and costs, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

. . .

. . .

. . .

IT IS FURTHER STIPULATED that all current hearings, deadlines, trial dates, and conferences on calendar shall be vacated.

DATED this 9th day of October, 2026

| | |
|---|---|
| */s/Aniyah Clay*<br>Aniyah Clay<br>9004 In Vogue Court<br>Las Vegas, NV 89149<br>*Plaintiff (Pro Se)* | /s/ *Kurt R. Bonds*<br>Kurt R. Bonds, Esq.<br>Nevada Bar. No. 6228<br>Madisyn Schaus, Esq.<br>Nevada Bar. No. 17294<br>**HALL & EVANS, LLC**<br>1160 North Town Center Drive, Suite 330<br>Las Vegas, NV 89144<br>Telephone: (702) 982-6856<br>*Attorneys for Defendant AFNI, Inc.* |

**ORDER**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all of Plaintiff's claims against Defendants as set forth in the Complaint filed in the United States District Court District of Nevada Case 2:25-cv-01191-RFB-DJA, are hereby dismissed with prejudice, with all parties to bear their own fees and costs.

IT IS FURTHER ORDERED that all current hearings, deadlines, trial dates, and conferences on calendar shall be vacated.

**IT IS SO ORDERED.**

Dated: October 13, 2026



RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022